

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00095-CR

| | | |
|---|---|---|
| Clarence Homer Swegheimer | § | From the 89th District Court |
| | § | of Wichita County (58,223-C) |
| v. | § | March 29, 2018 |
| | § | Opinion by Justice Birdwell |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell_____
      Justice Wade Birdwell